1  **CANDIS MITCHELL**
   California State Bar No.  242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Candis_Mitchell@fd.org

5  Attorneys for Mr. Cervantez-Gomez

6

7

8                    UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE ANTHONY J. BATTAGLIA)**

11  UNITED STATES OF AMERICA,           )    Case No. 08MJ0387-AJB
                                        )
12              Plaintiff,              )
                                        )
13  v.                                  )
                                        )    **NOTICE OF APPEARANCE**
14  **VERNA CERVANTEZ-GOMEZ**,          )
                                        )
15              Defendant.              )
                                        )
16  _____    )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19  in the above-captioned case.

20                                      Respectfully submitted,

21

22  Dated: February 13, 2008            /s/  *Candis Mitchell*
                                        **CANDIS L. MITCHELL**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Cervantez-Gomez
24                                      Candis_Mitchell@fd.org

25

26

27

28

1

## CERTIFICATE OF SERVICE

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3    and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6
Dated:  February 13, 2008                          /s/  *Candis Mitchell*
7                                                         **CANDIS L. MITCHELL**
                                                         Federal Defenders of San Diego, Inc.
8                                                         225 Broadway, Suite 900
                                                         San Diego, CA  92101-5030
9                                                         (619) 234-8467  (tel)
                                                         (619) 687-2666  (fax)
10                                                        Candis_Mitchell@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28