FILED
MAR 11 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 695 L

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. David Patrick TN | ) Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| VERNA CERVANTEZ-GOMEZ, | ) Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. | ) Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about  1/29/2003 , within the Southern District of California, defendant VERNA CERVANTEZ-GOMEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

WDK:mg:San Diego
2/14/08

Count 2

On or about 9/22/2003, within the Southern District of California, defendant VERNA CERVANTEZ-GOMEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about February 10, 2008, within the Southern District of California, defendant VERNA CERVANTEZ-GOMEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 3/11/08.

KAREN P. HEWITT
United States Attorney

For DOUGLAS KEEHN
Assistant U.S. Attorney