AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| VERNA CERVANTEZ-GOMEZ<br>TN: David Patron | CASE NUMBER: 08 CR 695 L |

David Patron

I, VERNA CERVANTEZ-GOMEZ, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 11, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

David Patron
Defendant

Candido Mitchell
Counsel for Defendant

Before _____
JUDICIAL OFFICER