MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. DAVID PATRON                          No. 08CR0695-L

HON. Nita l. Stormes            Tape No. NLS08-01-13:50-13:59 (2 mins this case)

Asst. U.S. Attorney  Charlotte Kaiser      PTSO  Eleonor Ruiz

|  |  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|---|
| Atty | Candis L. Mitchell FD | X Apt | ___ Ret | for | David Patron | | (1) | (C) |

PROCEEDINGS:     ___ In Chambers    X In Court    ___ By Telephone

Motion Hearing held.

Gov't Oral Motion to Dismiss DAVID PATRON aka: Verna Cervantes-Gomez Without Prejudice - Granted.

All pending dates - VACATED.

Date  April 28, 2008

Maria J. Mirabella for George Perrault
Deputy's Initials